Steven M. Dailey #163857
Rebecca L. Wilson #257613
KUTAK ROCK LLP
5 Park Plaza, Suite 1500
Irvine, CA 92614-8595
Telephone: (949) 417-0999
Facsimile: (949) 417-5394
Email: Steven.dailey@kutakrock.com
Email: Rebecca.wilson@kutakrock.com

Attorneys for Defendants
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.; NEW
YORK COMMUNITY BANCORP.; and
OHIO SAVINGS BANK

E-FILED 3/4/19

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| JOHN K. REED,<br><br>  Plaintiff,<br><br>  v.<br><br>OHIO SAVINGS BANK; NEW YORK COMMUNITY BANCORP, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; ALDRIDGE PITE, LLP; and DOES 1 to 10,<br><br>  Defendants. | Case No. 2:18-cv-09771 PSG (MRWx)<br><br>Assigned to<br>District Judge: Hon. Philip S. Gutierrez<br>Courtroom: 6A<br><br>[~~PROPOSED~~] JUDGMENT OF DISMISSAL<br><br>Date Filed: November 20, 2018 |

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4850-7848-3337.1
830902-387

2:18-cv-09771 PSG (MRWx)

[PROPOSED] JUDGMENT OF DISMISSAL

1    On February 25, 2019, the Court granted, without leave to amend, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'s ["MERS's"], NEW YORK COMMUNITY BANCORP's ["NYCB's"], and OHIO SAVINGS BANK's [collectively "Moving Defendants"] Motion to Dismiss Plaintiff JOHN K. REED's Complaint and ordered the action dismissed with prejudice as to Moving Defendants. Therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is dismissed, with prejudice, as to Moving Defendants and that a Judgment of Dismissal be entered in favor of Moving Defendants, and each of them, and against Plaintiff. Plaintiff is awarded nothing in this action against Moving Defendants, or any of them.

Dated: 3/4/19

**PHILIP S. GUTIERREZ**
_____
Hon. Philip S. Gutierrez